[No. 13544-6-III.   Division Three.   November 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR HENTZE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00703-1, Michael W. Leavitt, J., entered September 16, 1993. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 13767-8-III.   Division Three.   November 16, 1995.]

THE STATE OF WASHINGTON, *Petitioner*, v. LONNIE GLEIM, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 91-1-00035-4, John M. Lyden, J., entered December 9, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 16892-8-II.   Division Two.   November 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LYNN CHAPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-01231-6, Thomas L. Lodge, J., entered February 12, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18269-6-II.   Division Two.   November 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JOSEPH MONGELLI, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-01472-4, Robert L. Harris, J., entered May 20, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.